American Glass & Construction Company against James J. Sheedy. No opinion. Order affirmed, with $10 costs and disbursements.

AMERICAN SAVINGS BANK v. RICE REALTY & CONSTRUCTION CO. et al. (Supreme Court, Appellate Division, Second Department. May 26, 1911.) Action by the American Savings Bank against the Rice Realty & Construction Company and others, impleaded with John Donaldson and John Donaldson, Jr., coparteners, etc. See, also, 128 N. Y. Supp. 1111.

PER CURIAM. The defendants having failed to plead that their judgment lien was cut off or extinguished by the foreclosures of the second mortgages, the separate defenses in their answer are insufficient on their face, whatever should be the equities if such fact was pleaded. This action should be tried out on its facts, rather than determined on questions of pleading. The interlocutory judgment is reversed, with $10 costs and disbursements, and the demurrer is sustained, with $30 costs, with leave to the defendants to serve an amended answer on payment of costs and disbursements within 20 days.

AMORY v. IVINS. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Action by William N. Amory against William M. Ivins. No opinion. Order appealed from modified, as provided in order. Order filed. See, also, 128 N. Y. Supp. 1111.

ANDERBERG, Respondent, v. TIMONY, Appellant. (Supreme Court, Appellate Division, Second Department. June 9, 1911.) Action by Charles Anderberg against James A. Timony. No opinion. Motion granted, with $10 costs.

ANDERSON, Respondent, v. SANDER, Appellant, et al. (Supreme Court, Appellate Division, Second Department. June 2, 1911.) Action by Andrew Anderson against Leo Sander, impleaded with others. No opinion. Judgment of the Municipal Court affirmed, with costs.

ANDREWS, Appellant, v. ALLEN, Respondent. (Supreme Court, Appellate Division, Third Department. May 16, 1911.) Action by Henrietta Andrews against George W. Allen, as administrator, etc., of John W. Allen, deceased. No opinion. Motion granted on default. See, also, 128 N. Y. Supp. 1111.

ANDRUS, Appellant, v. SILVER LAKE RY. CO. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 17, 1911.) Action by Martha J. Andrus against the Silver Lake Railway Company and another. No opinion. Judgment and order affirmed, with costs.

ANDRUS, Appellant, v. SILVER LAKE RY. CO. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. June 2, 1911.) Action by Martha J. Andrus against the Silver Lake Railway Company and another. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. For former decision, see supra.

ANHALT v. BURRELL et al. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Action by Simon Anhalt against James Burrell and others. No opinion. Motion denied, with $10 costs. Settle order on notice. See, also, 127 N. Y. Supp. 1109.

ANTES, Appellant, v. INTERBOROUGH RAPID TRANSIT CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. June 2, 1911.) Action by Paula Antes against the Interborough Rapid Transit Company and others. C. H. Strong, for appellant. J. O. Nichols, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

ANTHONY, Respondent, v. CITY OF NEWBURGH, Appellant. (Supreme Court, Appellate Division, Second Department. June 2, 1911.) Action by Walter C. Anthony against the City of Newburgh. No opinion. Judgment affirmed, with costs.

ARKENBURGH, Respondent, v. ARONSON, Appellant. (Supreme Court, Appellate Division, Second Department. June 9, 1911.) Action by Oliver M. Arkenburgh against Peter Aronson. No opinion. Motion denied, without costs, on condition that appellant perfect his appeal, place the case on the next calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs. See, also, 141 App. Div. 709, 126 N. Y. Supp. 533.

ARMOUR, Respondent, v. SOUND SHORE FRONT IMPROVEMENT CO., Appellant. (Supreme Court, Appellate Division, First Department. May 12, 1911.) Action by J. Ogden Armour against the Sound Shore Front Improvement Company. Rutherford B. Meyer, for appellant. H. H. Abbott, for respondent. No opinion. Judgment (128 N. Y. Supp. 331) affirmed, with costs, on the opinion of the court below. Settle order on notice.

AUSTIN, Respondent, v. BLUTE, Appellant. (Supreme Court, Appellate Division, Third Department. May 3, 1911.) Action by Samuel C. Austin against James Blute.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

HOUGHTON, J., not sitting.

In re AVENUE A. FIRST AVE., FIFTY-NINTH & SIXTIETH STS., IN CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. May 26, 1911.) In the matter of the City of New York; Avenue A, First Avenue, and Fifty-Ninth and Sixtieth Streets (Bowsky award). No opinion. Motion denied. Settle order on notice.

BANDEL, Appellant, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 12, 1911.) Action by Charles F. Bandel against the City of New York and another. No opinion. Judgment affirmed, with costs, on the opinion